**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 96-1669**

_____

MELBA BARTON; MONIQUE BARTON,

                        Plaintiffs - Appellants,

     versus

KENNETH THOMPSON; CHOICE HOTELS INTERNATIONAL,
INCORPORATED, t/a Friendship Inn; MANOR CARE,
INCORPORATED, t/a Friendship Inn,

                        Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  John R. Hargrove, Senior District Judge.
(CA-95-2154-HAR)

_____

Submitted:  March 13, 1997        Decided:  March 18, 1997

_____

Before HALL, ERVIN, and WILKINS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Patrick James O'Guinn, Sr., Sherae Monique McNeal, O'GUINN &
MCNEAL, Columbia, Maryland; Charles Jerome Ware, Columbia, Mary-
land, for Appellants.  Kenneth Thompson, Havre de Grace, Maryland;
Mark D. Laponsky, SEMMES, BOWEN & SEMMES, Baltimore, Maryland, for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Melba and Monique Barton appeal the district court's orders granting the Appellees' summary judgment in this civil action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Barton v. Thompson</u>, No. CA-95-2154-HAR (D. Md. May 6, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>